NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL SAMUEL JOHNSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>WARDEN FONG, et al.,<br><br>　　　　Defendants. | No. C 11-02058 JF (PR)<br><br>ORDER GRANTING SECOND EXTENSION OF TIME TO FILE COMPLETE *IN FORMA PAUPERIS* APPLICATION<br><br>(Docket No. 23) |

　　　　Plaintiff, a California inmate, filed the instant civil rights action in pro se pursuant to 42 U.S.C. § 1983 against state officials. On May 16, 2011, Plaintiff filed a motion for leave to proceed in forma pauperis ("IFP") which was deficient because Plaintiff failed to attach a Certificate of Funds in Prisoner's Account completed and signed by an authorized prison official. (See Docket No. 11.) On July 19, 2011, Plaintiff filed a letter with the Court, indicating that he is seeking to file a "motion for an extension of time" because he has "no access to [his] property or legal work or the law library." (Docket No. 23.) The Court construes the letter as a motion for a second extension of time to file the missing IFP document. Good cause appearing, the motion is GRANTED. Plaintiff shall submit a completed Certificate of Funds **no later than August 15, 2011.**

　　　　**Failure to file the necessary document will result in the denial of the**

1 | **application to proceed <u>in forma pauperis</u>, and the complete filing fee will be**
2 | **immediately due.**
3 |        IT IS SO ORDERED.
4 | DATED: _8/12/11_                              _[signature]_
5 |                                                              JEREMY FOGEL
                                                                 United States District Judge

Order Granting Second Extension of Time to File Complete *in Forma Pauperis* Application
P:\PRO-SE\SJ.JF\CR.11\Johnson02058_COFeot-ifp.wpd                2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

PAUL SAMUEL JOHNSON,

        Plaintiff,

  v.

WARDEN FONG, et al.,

        Defendants.

Case Number: CV11-02058 JF

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on __8/18/11__, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Paul Samuel Johnson F 41309
Folsom State Prison
P.O. Box 950
B4-131-08
Represa, CA 95671

Dated: __8/18/11__

                                    Richard W. Wieking, Clerk