IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL SAMUEL JOHNSON,<br><br>    Plaintiff,<br><br>  v.<br><br>LIEUTENANT TOBY, et al.,<br><br>    Defendants.<br>_____ | No. C 11-01975 CW (PR)<br><br>(Docket no. 22) |
| PAUL SAMUEL JOHNSON,<br><br>    Plaintiff,<br><br>  v.<br><br>WARDEN FONG, et al.,<br><br>    Defendants.<br>_____/ | No. C 11-02058 CW (PR)<br><br>(Docket no. 31)<br><br>ORDER DENYING AS MOOT PLAINTIFF'S REQUESTS FOR EXTENSION OF TIME TO FILE <u>IN FORMA PAUPERIS</u> DOCUMENTS; DIRECTING CLERK OF COURT TO FILE A COPY OF DOCKET NO. 21 FROM CASE NO. C 11-01975 INTO CASE NO. C 11-02058 |

Plaintiff, a state prisoner currently incarcerated at California State Prison - Solano, filed the above <u>pro se</u> civil rights actions pursuant to 42 U.S.C. § 1983. In both actions, Plaintiff seeks leave to proceed <u>in forma pauperis</u> (IFP). And, in both actions, Plaintiff has been granted several extensions of time to comply with the Court's requirement that he complete his IFP applications by providing copies of his prisoner trust account statement and a signed Certificate of Funds.

On October 11, 2011, Plaintiff filed, in case No. C 11-01975, a trust account statement and signed Certificate of Funds. <u>See</u> Docket no. 21. Two days later, Plaintiff filed a form application requesting an extension of thirty days to file an unspecified pleading; on the last page of the form, Plaintiff clarifies that he

1  is seeking the extension of time to file the requisite IFP
2  application documents. Because, however, Plaintiff filed the
3  necessary IFP application documents in that case on October 11,
4  2011, his request for an extension of time is DENIED as moot.
5      Similarly, on October 13, 2011, Plaintiff filed, in case No.
6  C 11-02058, a request for an extension of thirty days to file the
7  requisite IFP application documents in that case. See Docket no.
8  31. Good cause appearing, the Court DIRECTS the Clerk of the Court
9  to file a copy of the IFP application documents entered as Docket
10 no. 21 in case No. C 11-01975 into case No. C 11-02058. Thus, no
11 further IFP application documents are required in case No. C 11-
12 02058, and Plaintiff's request for an extension of time to file the
13 documents in that case is DENIED as moot.
14     As the Court now has received all of the documents necessary
15 for review of Plaintiff's IFP applications, the Court will rule by
16 separate order on Plaintiff's requests to proceed IFP in the above
17 actions.
18     This Order terminates Docket no. 22 in C 11-01975, and Docket
19 no. 31 in C 11-02058.
20     IT IS SO ORDERED.

Dated: 10/19/2011

CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

2

<table>
<tr><td colspan="2" align="center">UNITED STATES DISTRICT COURT<br>FOR THE<br>NORTHERN DISTRICT OF CALIFORNIA</td></tr>
<tr><td>PAUL SAMUEL JOHNSON,<br><br>   Plaintiff,<br><br> v.<br><br>TOBY et al,<br><br>   Defendant.<br>_____/</td><td>Case Number: CV11-01975 CW<br><br>**CERTIFICATE OF SERVICE**</td></tr>
<tr><td>PAUL SAMUEL JOHNSON,<br><br>   Plaintiff,<br><br> v.<br><br>WARDEN FONG, et al.,<br><br>   Defendants.<br>_____/</td><td>Case Number: CV11-02058 CW</td></tr>
</table>

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 19, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Paul Samuel Johnson F 41309
California State Prison - Solano
12 B-204 low
P.O. Box 4000
2100 Peabody Road
Vacaville, CA 95969-4000

Dated: October 19, 2011

            Richard W. Wieking, Clerk
            By: Nikki Riley, Deputy Clerk