United States District Court

Northern District of California

PAUL SAMUEL JOHNSON,

    Plaintiff,

  v.

WARDEN FONG, et al.,

    Defendants.

Case No.: C 11-2058 CW (PR)

JUDGMENT

In accordance with the Court's Order of Dismissal, a judgment of dismissal without prejudice is entered. Plaintiff shall bear his own costs.

The Clerk of the Court shall close the file.

IT IS SO ORDERED.

Dated: 1/8/2013

_____
CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE